■ EILEEN CREGAR, Appellant, v. GERARD MCDONALD, JR., et al., Respondents. MADELINE MONE, Appellant, v. GERARD MCDONALD, JR., et al., Respondents. (And Another Action.)

Beldock, P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.